KENNEDY, JENNIK & MURRAY, P.C.
*Attorneys for Plaintiffs*
113 University Place, 7th Floor
New York, New York 10003
Tel. (212) 358-1500

JUDGE McMAHON

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

14 CV 8326

Terrence Moore, Kevin Kelly, John Coffey, Ronald Richardson, John Brunetti, Kevin O'Brien, Michael Smith and Michael Cahill as Trustees of the Metal Lathers Local 46 Pension Fund, Metal Lathers Local 46 Trust Fund, Metal Lathers Local 46 Annuity Fund, Metal Lathers Local 46 Vacation Fund, Metal Lathers Local 46 Apprenticeship Fund, and Metal Lathers Local 46 Scholarship Fund,

and

Alexander J. Castaldi, Maurice Foley, Jose Anthony Ortiz, Angelo Angelone, John Brunetti, Eric Lee, Michael Cahill, and Michael Salgo as Trustees of the Cement & Concrete Workers Pension Trust Fund, Cement & Concrete Workers Welfare Trust Fund, Cement & Concrete Workers Annuity Trust Fund, Cement & Concrete Workers Scholarship Trust Fund and Alexander J. Castaldi, Kieran O'Sullivan, John Brunetti and Michael Cahill, as Trustees of the Cement & Concrete Workers Training and Education Trust Fund,

and

Gino Castignoli Michael Rendina, Robert Bertuzzi, Eddie Barbaria, Frank Martorano, Jr., John Brunetti, Joseph Mitrione, Michael Salgo and Kevin O'Brien as Trustees of Cement Masons' Local 780 Trust Fund, Cement Masons' Local 780 Pension Fund, Cement Masons' Local 780 Annuity Fund, Cement Masons' Local 780 Vacation Fund, Cement Masons' Local 780 Apprenticeship Fund

and

Joseph Geiger, Stephen McInnis, Michael Cavanaugh, Paul Capurso, John Sheehy, Paul Tyzner, David Meberg, Kevin O'Callaghan, Paul O'Brien, John DeLollis, Joseph Kaming, and Catherine Condon as Trustees of the New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Apprenticeship Journeyman Retraining, Educational and Industry Fund, and the New York City District Council of Carpenters Annuity Fund,

Plaintiffs,

-against-

Navillus Tile, Inc., d/b/a Navillus Contracting, Advanced Construction Solutions, LLC, d/b/a ACS-NY LLC, Time Square Construction, Inc., Donal O'Sullivan, Kevin O'Sullivan, and Helen O'Sullivan,

Defendants.

Case No. _____

**Rule 7.1 Statement**

RECEIVED OCT 17 2014 U.S.D.C. S.D.N.Y.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for following parties:

- Terrence Moore, Kevin Kelly, John Coffey, Ronald Richardson, John Brunetti, Kevin O'Brien, Michael Smith and Michael Cahill as Trustees of the Metal Lathers Local 46 Pension Fund, Metal Lathers Local 46 Trust Fund, Metal Lathers Local 46 Annuity Fund, Metal Lathers Local 46 Vacation Fund, Metal Lathers Local 46 Apprenticeship Fund, and Metal Lathers Local 46 Scholarship Fund,

- Alexander J. Castaldi, Maurice Foley, Jose Anthony Ortiz, Angelo Angelone, John Brunetti, Eric Lee, Michael Cahill, and Michael Salgo as Trustees of the Cement & Concrete Workers Pension Trust Fund, Cement & Concrete Workers Welfare Trust Fund, Cement & Concrete Workers Annuity Trust Fund, Cement & Concrete Workers Scholarship Trust Fund and Alexander J. Castaldi, Kieran O'Sullivan, John Brunetti and Michael Cahill, as Trustees of the Cement & Concrete Workers Training and Education Trust Fund,

- Gino Castignoli Michael Rendina, Robert Bertuzzi, Eddie Barbaria, Frank Martorano, Jr., John Brunetti, Joseph Mitrione, Michael Salgo and Kevin O'Brien as Trustees of Cement Masons' Local 780 Trust Fund, Cement Masons' Local 780 Pension Fund, Cement Masons' Local 780 Annuity Fund, Cement Masons' Local 780 Vacation Fund, Cement Masons' Local 780 Apprenticeship Fund,

- Joseph Geiger, Stephen McInnis, Michael Cavanaugh, Paul Capurso, John Sheehy, Paul Tyzner, David Meberg, Kevin O'Callaghan, Paul O'Brien, John DeLollis, Joseph Kaming, and Catherine Condon as Trustees of the New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Apprenticeship Journeyman Retraining, Educational and Industry Fund, and the New York City District Council of Carpenters Annuity Fund,

(Private non-governmental, parties) certify that they are not a subsidiary of any corporate entity and there is no publicly held corporation which owns more than 10% of their stock. Plaintiffs have no stock.

2

Dated: October 17, 2014
New York, New York

KENNEDY, JENNIK & MURRAY, P.C.
Attorneys for Plaintiffs

By: *Susan M. Jennik*
Thomas M. Kennedy
Susan M. Jennik
Serge Ambroise
113 University Place, 7th Floor
New York, N.Y. 10003
(212) 358-1500
tkennedy@kjmlabor.com
sjennik@kjmlabor.com
sambroise@kjmlabor.com