UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRENCE MOORE, AS TRUSTEES OF THE METAL LATHERS LOCAL 46 PENSION FUND, et al.,

                           Plaintiffs,

        v.

NAVILLUS TILE, INC., D/B/A NAVILLUS CONTRACTING, ADVANCED CONSTRUCTION SOLUTIONS, LLC, D/B/A ACS-NY LLC, TIME SQUARE CONSTRUCTION, INC., DONAL O'SULLIVAN, KEVIN O'SULLIVAN, and HELEN O'SULLIVAN,

                         Defendants.

**DEFENDANT ADVANCED CONTRACTING SOLUTIONS LLC'S STATEMENT IN COMPLIANCE WITH RULE 6 OF JUDGE MCMAHON'S RULES GOVERNING ELECTRONIC DISCOVERY**

14 Civ. 8326 (CM)(JLC)

     Defendant Advanced Contracting Solutions LLC ("ACS"), by and through their attorneys, Bond, Schoeneck & King, PLLC, hereby make, based on its reasonable investigation to date, the following statement in compliance with the Honorable Judge Colleen McMahon's Rules Governing Electronic Discovery:

(1) The most likely custodians of e-mail and other electronic documents that may be relevant to this case have all received a memorandum instructing them not to delete, destroy, or alter any electronic documents in their client.

(2) ACS's email hosting provider uses standard filtering algorithms and spam pattern detection to scan the contents of each message before it reaches the inbox to filter out spam and detect and protect against viruses.

Dated: New York, New York
January 12, 2015

                      BOND, SCHOENECK & KING, PLLC

By: /s/ Louis P. DiLorenzo
Louis P. *DiLorenzo* (LD-3988)
*Attorneys for Defendant, Advanced Contracting Solutions, LLC*
600 Third Avenue, 22nd Floor
New York City, NY 10016
T:    (646) 253-2315
F:    (646) 253-2301
E:    ldilorenzo@bsk.com