# KENNEDY, JENNIK & MURRAY, P.C.

ATTORNEYS AT LAW

113 UNIVERSITY PLACE
NEW YORK, NEW YORK 10003
(212) 358-1500

* * *

FACSIMILE (212) 358-0207

SERGE AMBROISE
sambroise@kjmlabor.com

January 13, 2015

**VIA ECF**

Honorable Colleen McMahon
U.S. District Court, Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

    Re: *Moore, et al. v. Navillus, et al.*, Case No. 14-CV-8326 (CM)(JLC)

Dear Judge McMahon:

    Pursuant to Your Honor's Individual Practices and Procedures, Rule IV.B., Plaintiffs respectfully request an order of reference to Magistrate Judge James L. Cott of the motion to quash Plaintiffs' subpoena to non-party Related Construction, LLC (Dkt. No. 29) and the Plaintiffs' opposition and cross-motion to compel compliance with the subpoena (Dkt. No. 35, Plaintiffs' letter motion requesting pre-motion conference).

Respectfully submitted,

Serge Ambroise
Kennedy, Jennik & Murray, P.C.
*Attorneys for Plaintiffs*