UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────X

Terrence Moore as Trustee of the Metal Lathers
Local 46 Pension Fund, et al.,

                Plaintiff(s),        14 Civ. 8326 (CM) (JLC)

                                          ORDER OF REFERENCE
     -against-                          TO A MAGISTRATE JUDGE

Navillus Tile, Inc., et al.,
             Defendant(s).
───────────────────────────────X

The above entitled action is referred to the Honorable James L. Cott, United States Magistrate Judge for the following purpose(s):

\_\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

                                        Consent under 28 U.S.C.
                                        §636(c) for all purposes (including trial)

✓ Specific Non-Dispositive Motion/Dispute:*
     Discovery, Motion to Quash
     dkt. #29

                                        Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

                                        Purpose:_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

                                        \_\_\_\_ Habeas Corpus

                                        \_\_\_ Social Security

\_\_\_ Settlement*

                                        \_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

\_\_\_\_\_ Inquest After Default/Damages Hearing

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/15

                                      Particular Motion:_____

                                        All such motions:_____

\* Do not check if already assigned for general pretrial.

Dated: 1/14/2015
       New York, New York

                                      SO ORDERED:
                                        _[signature]_

                                        Hon. Colleen McMahon
                                        United States District Judge