```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TERRENCE MOORE, as Trustee of the Metal       :
Lathers Local 46 Pension Fund, et al.,        :         ORDER
                                              :
                Plaintiffs,                   :
                                              :         14-CV-8326 (CM) (JLC)
        - against -                           :
                                              :
Navillus Tile, Inc., et al.,                  :
                                              :
                Defendants.                   :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/15

**JAMES L. COTT, United States Magistrate Judge.**

Judge McMahon has referred this case to me to resolve a specific discovery dispute with non-party Related Construction, LLC. (Dkt. No. 38). Accordingly, the Court shall hold a conference tomorrow, **January 16, 2015** at **11:00 a.m.** in Courtroom 21D, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED**

Dated: New York, New York
       January 15, 2015

JAMES L. COTT
United States Magistrate Judge