```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TERRENCE MOORE, as Trustee of the Metal
Lathers Local 46 Pension Fund, *et al.*,

                Plaintiffs,

- against -

Navillus Tile, Inc., *et al.*,

                Defendants.
------------------------------------------------------------X

**ORDER**

14-CV-8326 (CM) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The parties and non-parties, Related Construction, Inc. and Mountco Construction and Development Corp., are directed to the transcript of today's hearing for the Court's rulings with respect to the motions to quash and cross-motions to compel. These rulings are without prejudice to further applications, if necessary.

The parties and non-parties are directed to submit to the Court, no later than **January 20, 2015,** the proposed stipulations pursuant to Rule 502(d) of the Federal Rules of Evidence as discussed at the hearing.

The Clerk of the Court is directed to close docket entry numbers 29, 33, 35, and 42.

    **SO ORDERED.**

Dated: New York, New York
       January 16, 2015

JAMES L. COTT
United States Magistrate Judge