# KENNEDY, JENNIK & MURRAY, P.C.

ATTORNEYS AT LAW

113 UNIVERSITY PLACE
NEW YORK, NEW YORK 10003
(212) 358-1500

* * *

FACSIMILE (212) 358-0207

SERGE AMBROISE
sambroise@kjmlabor.com

February 25, 2015

**VIA ECF**

Honorable Colleen McMahon
U.S. District Court, Southern District of New York
500 Pearl Street, Room 1640
New York, NY  10007

    Re:  *Moore, et al. v. Navillus, et al.*, Case No. 14-CV-8326 (CM)(JLC)

Dear Judge McMahon:

    Pursuant to Your Honor's Individual Practices and Procedures, Rule IV.B., Plaintiffs respectfully request an order of reference to Magistrate Judge James L. Cott of the pre-conference letter regarding a dispute with subpoenaed non-parties JDS Construction Group, LLC and Bravo Builders, LLC (Dkt. No. 52).

                              Respectfully submitted,

                              Serge Ambroise
                              Kennedy, Jennik & Murray, P.C.
                              *Attorneys for Plaintiffs*