# Kennedy, Jennik & Murray, P.C.

ATTORNEYS AT LAW

113 UNIVERSITY PLACE
NEW YORK, NEW YORK 10003
(212) 358-1500

* * *

FACSIMILE (212) 358-0207

SERGE AMBROISE
sambroise@kjmlabor.com

February 25, 2015

**VIA ECF**

Honorable Colleen McMahon
U.S. District Court, Southern District of New York
500 Pearl Street, Room 1640
New York, NY  10007

    Re:  *Moore, et al. v. Navillus, et al.*, Case No. 14-CV-8326 (CM)(JLC)

Dear Judge McMahon:

    Pursuant to Your Honor's Individual Practices and Procedures, Rule IV.B., Plaintiffs respectfully request an order of reference to Magistrate Judge James L. Cott of the pre-conference letter ("Letter Motion") regarding a dispute with subpoenaed non-parties JDS Construction Group, LLC and Bravo Builders, LLC (Dkt. No. 54).

    A letter to Your Honor requesting this same reference was filed with the Court earlier today (Dkt. No. 53), but an error in the exhibits to the Letter Motion filed as Docket No. 52 required re-filing of the Letter Motion, and, of course, a new docket number, which is reflected in the first paragraph above.

Respectfully submitted,

Serge Ambroise
Kennedy, Jennik & Murray, P.C.
*Attorneys for Plaintiffs*