```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TERRENCE MOORE, as Trustee of the Metal
Lathers Local 46 Pension Fund, *et al.*,

                Plaintiffs,

    - against -

NAVILLUS TILE, Inc., *et al.*,

                Defendants.
------------------------------------------------------------X

**ORDER**

14-CV-8326 (CM) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court will hold a conference on March 3, 2015 at 11 a.m. in courtroom 21-D, 500 Pearl Street, New York, NY, to resolve the pending disputes between Plaintiffs and non-parties Bravo Builders, LLC ("Bravo") and JDS Construction Group, LLC ("JDS") outlined in Plaintiffs' February 25, 2015 letter to the Court (Dkt. No. 54). Any responsive letters from Bravo and JDS should be submitted to the Court no later than February 27, 2015.

    **SO ORDERED.**

Dated: New York, New York
       February 25, 2015

                                                  JAMES L. COTT
                                                 United States Magistrate Judge