# GREENBERG, TRAGER & HERBST, LLP

ATTORNEYS AND COUNSELLORS AT LAW
767 THIRD AVENUE - 12TH FLOOR NEW YORK, NY 10017
212 - 688 - 1900
FAX 212 - 688 - 3201
WWW.GTHNY.COM

MAX E. GREENBERG (1919-1980)
GEORGE N. TOPLITZ

OF COUNSEL:
DAVID A. TRAGER

200 EXECUTIVE DRIVE
WEST ORANGE, N.J. 07052
973 - 731 - 2500
FAX 973 - 731 - 0165

February 26, 2015

**Via ECF**
Honorable James L. Cott
U.S. District Court, Southern District of New York
500 Pearl Street, Room 1360
New York, NY 10007

      Re:   *Moore, et al. v. Navillus, et al.*, Case No. 14-CV-8326 (CM)(JLC) **Subpoenas duces tecum to Bravo Builders and JDS Construction**

Dear Judge Cott:

      My office represents JDS Construction Group, LLC, a non-party in the above action. By Order entered February 25, 2015, Your Honor scheduled a court conference for March 3, 2015 at 11 am (copy attached). Due to a scheduling conflict that I have with another case (*Kenneth Rosenblum v. Trinity Hudson Holdings* (N.Y.Co. Index No. 160656/2014), it is requested that an order be issued adjourning the court conference in this action from March 3, 2015 at 11 am to March 3, 2015 at 3 pm.

      I have conferred with plaintiffs' counsel, Serge Ambroise, and he has advised me that plaintiffs have no objection to this short adjournment.

      Respectfully yours,

      Kalvin Kamien

KK/mp

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TERRENCE MOORE, as Trustee of the Metal
Lathers Local 46 Pension Fund, *et al.*,

              Plaintiffs,

   - against -

NAVILLUS TILE, Inc., *et al.*,

              Defendants.
------------------------------------------------------------X

**ORDER**

14-CV-8326 (CM) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court will hold a conference on March 3, 2015 at 11 a.m. in courtroom 21-D, 500 Pearl Street, New York, NY, to resolve the pending disputes between Plaintiffs and non-parties Bravo Builders, LLC ("Bravo") and JDS Construction Group, LLC ("JDS") outlined in Plaintiffs' February 25, 2015 letter to the Court (Dkt. No. 54). Any responsive letters from Bravo and JDS should be submitted to the Court no later than February 27, 2015.

**SO ORDERED.**

Dated: New York, New York
        February 25, 2015

                                                          JAMES L. COTT
                                                          United States Magistrate Judge