UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

Terrence Moore as Trustee of the Metal Lathers
Local 46 Pension Fund, et al.,

        Plaintiff(s),

14 Civ. 8326 (CM) (JLC)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

    -against-

Navillus Tile, Inc., et al.,
        Defendant(s).
-----------------------------------------X

The above entitled action is referred to the Honorable James L. Cott, United States Magistrate Judge for the following purpose(s):

\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

✓ Specific Non-Dispositive Motion/Dispute:*

Discovy Dispute

\_\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_\_ Settlement*

\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_\_ Habeas Corpus

\_\_\_\_ Social Security

\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

All such motions:_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/15

* Do not check if already assigned for general pretrial.

Dated: 2/26/15
New York, New York

SO ORDERED:

Hon. Colleen McMahon
United States District Judge