UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

TERRENCE MOORE, *et al.*,

            *Plaintiffs*,

- against -

NAVILLUS TILE, INC., *et al.*,

           *Defendants*.

-----------------------------------------------------------------x

Case No.  14-CV-8326 (JLC)

ECF Case

**APPEARANCE OF COUNSEL**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

    I am admitted to practice in this Court and Marcus Rosenberg & Diamond LLP appears in this case as counsel for Bravo Builders, LLC.

Dated: New York, New York
      February 26, 2015

                                    By:  /s/ David Rosenberg
                                    David Rosenberg

                                    Marcus Rosenberg & Diamond LLP
                                    488 Madison Avenue
                                    New York, New York 10022
                                    Tel:  (212) 755-7500
                                    Fax: (212) 755-8713
                                    Email: dr@mrdllp.com