UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Terrence Moore, *et al.*,

Plaintiffs,

**-against-**

Navillus Tile, Inc., *et al.*,

Defendants

**14-CIV-8326 (CM)(JLC)**

**STIPULATION OF DISMISSAL BY PLAINTIFF ALEXANDER J. CASTALDI**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the undersigned attorneys for Plaintiffs: (1) Terrence Moore, Kevin Kelly, John Coffey, Ronald Richardson, John Brunetti, Kevin O'Brien, Michael Smith, and Michael Cahill as Trustees of the Metal Lathers Local 46 Pension Fund, Metal Lathers Local 46 Trust Fund, Metal Lathers Local 46 Annuity Fund, Metal Lathers Local 46 Vacation Fund, Metal Lathers Local 46 Apprenticeship Fund, and Metal Lathers Local 46 Scholarship Fund; (2) Alexander J. Castaldi, Maurice Foley, Jose Anthony Ortiz, Angelo Angelone, John Brunetti, Eric Lee, Michael Cahill, Michael Salgo, and Kieran O'Sullivan as Trustees of the Cement & Concrete Workers Pension Trust Fund, Cement & Concrete Workers Welfare Trust Fund, Cement & Concrete Workers Annuity Trust Fund, Cement & Concrete Workers Scholarship Trust Fund, and the Cement & Concrete Workers Training and Education Trust Fund; (3) Gino Castignoli, Michael Rendina, Robert Bertuzzi, Eddie Barbaria, Frank Martorano, Jr., John Brunetti, Joseph Mitrione, Michael Salgo, and Kevin O'Brien as Trustees of Cement Masons' Local 780 Trust Fund, Cement Masons' Local 780 Pension Fund, Cement

Masons' Local 780 Annuity Fund, Cement Masons' Local 780 Vacation Fund, Cement Masons' Local 780 Apprenticeship Fund, and; (4) Joseph Geiger, Stephen McInnis, Michael Cavanaugh, Paul Capurso, John Sheehy, Paul Tyzner, David Meberg, Kevin O'Callaghan, John DeLollis, Joseph Kaming, and Catherine Condon as Trustees of the New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Apprenticeship Journeyman Retraining, Educational and Industry Fund, and the New York City District Council of Carpenters Annuity Fund and the attorneys for the Defendants Navillus Tile Inc. ("Navillus"), Advanced Construction Solutions, LLC ("ACS"), Time Square Construction, Inc., Donal O'Sullivan, Kevin O'Sullivan, and Helen O'Sullivan, that Plaintiff Alexander J. Castaldi, desiring to dismiss the above-referenced action with respect to all Defendants, hereby voluntarily dismisses this action, without prejudice, and not on behalf of any other Plaintiff.

— **CONTINUED ON FOLLOWING PAGE** —

Dated: New York, NY
February 18, 2015

KENNEDY, JENNIK & MURRAY, P.C.
*Attorneys for Plaintiffs*
113 University Place, 7th Floor
New York, NY 10003
Tel. (212) 358-1500

By: ______________________
Thomas M. Kennedy
Susan M. Jennik
Serge Ambroise
Sumanth Bollepolli

JONES DAY
*Attorneys for Defendants Navillus and Donal and Helen O'Sullivan*
222 East 41st Street
New York, NY 10017-6702
Tel. (212) 326-3939

By: ______________________
Willis J. Goldsmith
Joshua M. Grossman

BOND SCHOENECK & KING PLLC
*Attorneys for Defendant ACS*
600 3rd Avenue, 22nd Floor
New York, NY 10016-1915
Tel. (646) 253-2300

By: ______________________
Louis P. DiLorenzo
Allison Zullo Gottlieb

PECKAR & ABRAMSON, PC
*Attorneys for Defendants Time Square Construction, Inc. and Kevin O'Sullivan*
70 Grand Avenue
River Edge, NJ 07661
Tel. (201) 343-3434

By: ______________________
Gregory R. Begg
Alexander X. Saunders