AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | | |
|---|---|---|---|
| Moore, et al. | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 14-CV-8326 (CM)(JLC) |
| Navillus Tile Inc., et al. | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

third-party New York City and Vicinity District Council of Carpenters.

Date:  03/02/2015

*Attorney's signature*

James M. Murphy (JM 3097)
*Printed name and bar number*

Spivak Lipton LLP
1700 Broadway, 21st Floor
New York, NY 10019

*Address*

jmurphy@spivaklipton.com
*E-mail address*

(212) 765-2100
*Telephone number*

(212) 765-8954
*FAX number*