AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Moore, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  14-CV-8326 (CM)(JLC) |
| Navillus Tile Inc., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

third-party New York City and Vicinity District Council of Carpenters.

Date:   03/02/2015

*Attorney's signature*

Gillian Costello (GC 0151)
*Printed name and bar number*

Spivak Lipton LLP
1700 Broadway, 21st Floor
New York, NY 10019

*Address*

gcostello@spivaklipton.com
*E-mail address*

(212) 765-2100
*Telephone number*

(212) 765-8954
*FAX number*