```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TERRENCE MOORE, as Trustee of the Metal
Lathers Local 46 Pension Fund, *et al.*,

                Plaintiffs,

- against -

NAVILLUS TILE, Inc., *et al.*,

                Defendants.
----------------------------------------------------------------X

**ORDER**

14-CV-8326 (CM) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

For the reasons set forth on the record during the conference held today, the Court has resolved the pending discovery disputes between plaintiffs and non-parties Bravo Builders, LLC and JDS Construction Group, LLC.

The Clerk of the Court is hereby directed to close docket entry numbers 54 and 62.

**SO ORDERED.**

Dated: New York, New York
       March 3, 2015

JAMES L. COTT
United States Magistrate Judge