```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TERRENCE MOORE, as Trustee of the Metal
Lathers Local 46 Pension Fund, *et al.*,

                Plaintiffs,

- against -

NAVILLUS TILE, Inc., *et al.*,

                Defendants.
-----------------------------------------------------------X

**ORDER**

14-CV-8326 (CM) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

As discussed at the end of the conference today on an unrelated dispute, the parties are directed to further meet and confer regarding the dispute surrounding the production of text messages detailed in plaintiffs' letter to Judge McMahon dated March 2, 2015. (Dkt. No. 66). If the issues cannot be resolved, defendants shall file their responsive letter no later than **March 5, 2015** at **5:00 p.m.**, and the Court shall hold a conference on **March 9, 2015** at **3:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       March 3, 2015

                                          JAMES L. COTT
                                          United States Magistrate Judge