

**SPIVAK**LIPTON LLP
ATTORNEYS AT LAW

March 6, 2015

1700 Broadway
New York, NY 10019
**T** 212.765.2100
**F** 212.765.8954
spivaklipton.com



**BY ECF and BY HAND**

Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, New York 10007

    Re:   <u>Moore et al. v. Navillus, et al., Case No. 14-CV-8326 (CM)(JLC)</u>

Dear Judge McMahon:

    This firm represents third-party the New York City and Vicinity District Council of Carpenters (the "District Council" or the "Union"). We were surprised to read the letter filed yesterday by Alexander X. Saunders of Peckar & Abramson in response to our March 3, 2015 letter to Your Honor requesting a referral to Magistrate Judge Cott for an <u>in camera</u> review of documents of the District Council's Inspector General. Last Wednesday, February 25, Mr. Saunders wrote to us that "[w]e are in agreement with your proposal to submit for in camera review the documents you withheld under the 'law enforcement privilege.' Please proceed with advising the court and submit the subject documents for review as soon as possible." We then followed up with the Court appointed Independent Monitor, Glen G. McGorty, and the Union's special counsel, Barbara S. Jones, and filed our letter on Tuesday. With respect to complying with the five third-party subpoenas, we produced 2,538 pages of documents, along with the privilege log, on the agreed date of February 17. We have, as is our obligation, continued to review the Union's paper and electronic files, providing supplemental productions on March 2 and 4, 2015 of an additional 238 pages of documents. We are prepared to proceed promptly with the review of the Inspector General's documents.

                                                  Respectfully submitted,

                                                 Spivak Lipton LLP
                                                 Attorneys for the New York City and Vicinity
                                                 District Council of Carpenters

                                                 BY: _____
                                                     James M. Murphy
                                                     Gillian Costello

# SPIVAKLIPTON LLP
ATTORNEYS AT LAW

Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
<u>Moore, et al. v. Navillus, et al.</u>, Case No. 14-CV-8326 (CM)(JLC)
March 6, 2015
Page 2

cc: **BY E-MAIL**
Glen G. McGorty, Esq.
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
(Court Appointed Independent Monitor
for the New York City and Vicinity District Council of Carpenters)

Barbara S. Jones, Esq.
Zuckerman Spaeder LLP
399 Park Avenue
14th Floor
New York, NY 10022-4614
(Special Counsel to the New York City and Vicinity District Council of Carpenters)

**BY ECF**
Alexander Xavier Saunders, Esq.
Allison Marie Zullo, Esq.
David Rosenberg, Esq.
Gregory R. Begg, Esq.
Howard M. Rosen, Esq,
Joshua Maxwell Grossman, Esq.
Kalvin Kamien, Esq.
Louis P. DiLorenzo, Esq.
Mark A Canizio, Esq.
Serge Ambroise, Esq.
Susan Marie Jennik, Esq.
Thomas Martin Kennedy, Esq.
Willis Jay Goldsmith, Esq.