USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TERRENCE MOORE, as Trustee of the Metal
Lathers Local 46 Pension Fund, *et al.*,

              Plaintiffs,

     - against -

NAVILLUS TILE, Inc., *et al.*,

             Defendants.
---------------------------------------------------------------X

**ORDER**

14-CV-8326 (CM) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      The Court will hold a conference on March 11, 2015 at 3 p.m. in courtroom 21-D, 500 Pearl Street, New York, NY, to resolve the pending dispute between Defendants and non-party the New York City and Vicinity District Council of Carpenters ("District Council") outlined in the District Council's March 3 and 6, 2015 letters to the Court (Dkt. Nos. 67 & 74), and the Defendants' responsive letter dated March 5, 2015 (Dkt. No. 72). The District Council is directed to provide a copy of the privilege log and the documents for in camera review by having a copy hand-delivered to chambers as well as emailed to chambers at cottnysdchambers@nysd.uscourts.gov no later than 5 p.m. on March 9, 2015.

      The undersigned also wishes to bring to the parties' attention that, before he became a magistrate judge in March, 2010, he served for seven years (from 2003-2010) as Chief of the Civil Division of the United States Attorney's Office for the Southern District of New York. In that capacity, he had supervisory responsibility over the attorneys representing the Government in United States v. District Council et al., 90-CV-5722 (RMB). If any party believes the undersigned's prior responsibilities would interfere with his ability to adjudicate the pending discovery dispute, please advise the Court forthwith.

      **SO ORDERED.**

Dated: New York, New York
       March 6, 2015

JAMES L. COTT
United States Magistrate Judge