UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRENCE MOORE, AS TRUSTEES OF THE METAL
LATHERS LOCAL 46 PENSION FUND, et al.,

                          Plaintiffs,

      v.

NAVILLUS TILE, INC., D/B/A NAVILLUS
CONTRACTING, ADVANCED CONSTRUCTION
SOLUTIONS, LLC, D/B/A ACS-NY LLC, TIME
SQUARE CONSTRUCTION, INC., DONAL
O'SULLIVAN, KEVIN O'SULLIVAN, and HELEN
O'SULLIVAN,

                          Defendants.

NOTICE OF APPEARNCE

14-CV-8326 (CM)(JLC)

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case on behalf of the Defendant, Advanced Contracting Solutions, LLC

I certify that I am admitted to practice in this Court.

Dated: New York, New York
         March 9, 2015

                                                BOND, SCHOENECK & KING, PLLC

                                   By:            /s
                                         Michael P. Collins (MC-0906)
                                         *Attorneys for Defendant, Advanced Contracting Solutions, LLC*
                                         600 Third Avenue, 22nd Floor
                                         New York City, NY 10016
                                         T:     (646) 253-2318
                                         F:     (646) 253-2301
                                         E:     mcollins@bsk.com

78785.1 3/9/2015