USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TERRENCE MOORE, as Trustee of the Metal
Lathers Local 46 Pension Fund, *et al.*,

                Plaintiffs,

    - against -

NAVILLUS TILE, INC., *et al.*,

                Defendants.
------------------------------------------------------------X

**ORDER**

14-CV-8326 (CM) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

For the reasons discussed during the conference held today, the discovery dispute between defendants and non-party the New York City and Vicinity District Council of Carpenters (the "District Council") is resolved as follows: The District Council shall produce the documents at issue pursuant to a protective order that the documents are for attorneys' eyes only. The District Council shall make any redactions to these documents by **March 13**, and they shall be made available for defense counsel's review on the morning of **March 16**. The Court's ruling is without prejudice to defendants' renewed motion to compel the District Council's production of specific documents (but only after defendants and the District Council have conducted a meet-and-confer). The Court reminds defendants and the District Council that failure to abide by the terms of the protective order, which the parties should submit to the Court as soon as possible, could result in contempt sanctions.

The Clerk of the Court is directed to close docket entry number 72.

    **SO ORDERED.**

Dated: New York, New York
        March 11, 2015

                                          JAMES L. COTT
                                          United States Magistrate Judge