**JONES DAY**

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

March 17, 2015

<u>**VIA ECF**</u>

Hon. James L. Cott
U.S. District Court for the Southern District of New York
500 Pearl Street, Courtroom 21D
New York, NY 10007

      Re: <u>Moore, et al. v. Navillus Tile, Inc., et al., 14-CIV-8326 (CM)(JLC)</u>

Dear Judge Cott,

  This letter serves to confirm that the telephone conference originally scheduled for March 20, 2015 at 11:00 a.m. will now take place on March 20, 2015 at 4:00 p.m. Thank you for your flexibility.

           Very truly yours,

           <u>*/s/ Willis J. Goldsmith*</u>

           Willis J. Goldsmith

**So Ordered:** _____