# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702
TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/15

March 30, 2015

**MEMO ENDORSED** 4/7/15 ok — but you have to also find rder to do it still

**VIA ECF**

Hon. Colleen McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

Re: <u>Moore, et al. v. Navillus Tile, Inc., et al., 14-CIV-8326 (CM)(JLC)</u>

Dear Judge McMahon,

I write as counsel to Defendants Navillus Tile, Inc., Donal O'Sullivan, and Helen O'Sullivan in the above-referenced case. Discovery on the alter ego issue concluded on March 23, 2015. No formal scheduling order has been entered in this case.

All parties request a briefing schedule for Defendants' anticipated Motions for Summary Judgment as follows:

- Defendants' Motions for Summary Judgment are due on Monday May 11, 2015.
- Plaintiffs' Opposition is due on Monday June 1, 2015.
- Defendants' Replies are due on Thursday June 11, 2015.

All parties also request that Defendants' Motions for Summary Judgment and Plaintiffs' Opposition be limited to 35 pages and Defendants' Replies be limited to 15 pages.

Thank you for your consideration to these requests.

**JONES DAY**

Willis J. Goldsmith
March 30, 2015
Page 2

                      Very truly yours,

                      */s/ Willis J. Goldsmith*

                      Willis J. Goldsmith

**So Ordered:** _____