```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TERRENCE MOORE, as Trustee of the Metal
Lathers Local 46 Pension Fund, *et al.*,

                Plaintiffs,

    - against -

NAVILLUS TILE, INC., *et al.*,

                Defendants.
------------------------------------------------------------X

**ORDER**

14-CV-8326 (CM) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

For the reasons discussed during the telephone conference held today, the discovery dispute described in the parties' letters to the Court (Dkt. Nos. 100-101), is resolved as follows: Defendants' counsel, Joshua Grossman, shall provide plaintiffs with a supplemental certification no later than **April 22, 2015** identifying both the total number of text messages he reviewed from Donal O'Sullivan's cellphones and the date and time of each message reviewed.

The Clerk of the Court is directed to close Docket Numbers 100 and 101.

**SO ORDERED.**

Dated: New York, New York
       April 15, 2015

                                        JAMES L. COTT
                                        United States Magistrate Judge