# KENNEDY, JENNIK & MURRAY, P.C.

ATTORNEYS AT LAW
113 UNIVERSITY PLACE
NEW YORK, NEW YORK 10003
(212) 358-1500

FACSIMILE (212) 358-0207

THOMAS M. KENNEDY
tkennedy@kjmlabor.com

January 21, 2016

*Yes to both!*

*Colleen M. McM___*

1/21/16

**Via ECF**

Hon. Colleen McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

**MEMO ENDORSED**

Re: *Moore, et al. v. Navillus Tile, Inc., et al.*, 14-CIV-8326 (CM)(JLC)

Dear Judge McMahon:

I write as counsel to Plaintiffs in the above-referenced case concerning the January 19, 2016 designation of the matter known as *Gesualdi, et al. v. Navillus Tile, et al.*, 15-CIV- 08441-CM as a related case to the above referenced *Moore* litigation. The *Moore* Plaintiffs respectfully request to be notified of any conferences in the *Gesualdi* matter that could impact the *Moore* litigation. The *Moore* Plaintiffs further respectfully request that the Court's decision on the pending summary judgment motions in *Moore* not be delayed as a result of the designation of the *Gesualdi* matter as related.

Thank you for your consideration of this request.

Respectfully submitted,

Thomas M. Kennedy

Cc: All Counsel in the *Moore* and *Gesualdi* Matters

USDC SDNY
DOCUMENT
ELECTRONIC[ALLY FILED]
DOC #:
DATE FILED: 1/22/16