UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TERRENCE MOORE, AS TRUSTEES OF
METAL LATHERS LOCAL 46 PENSION
FUND, et al.,

          Plaintiffs,

v.

NAVILLUS TILE, INC., D/B/A/ NAVILLUS
CONTRACTING, ADVANCED CONSTRUCTION
SOLUTIONS, LLC, D/B/A ACS-NY LLC, TIME
SQUARE CONSTRUCTION, INC., DONAL
O'SULLIVAN, KEVIN O'SULLIVAN, and
HELEN O'SULLIVAN

          Defendants.
-----------------------------------------------------------------X

14-cv-8326 (CM)(JLC)

**NOTICE OF ATTORNEY WITHDRAWAL**

      Bond, Schoeneck & King, PLLC respectfully moves to withdraw the appearance of Allison Z. Gottlieb as one of the attorneys of record for Defendant Advanced Contracting Solutions, LLC in the above-captioned proceeding. Defendants continue to be represented by Louis P. DiLorenzo, Esq and Michael P. Collins, Esq. of Bond Schoeneck & King as counsel in this matter.

Dated: March 7, 2016
      New York, New York

                                  BOND, SCHOENECK & KING, PLLC

                                  s/
                                Michael P. Collins (MC-0906)
                                *Attorneys for Defendant, Advanced Contracting Solutions, LLC*
                                600 Third Avenue, 22nd Floor
                                New York, New York  10016
                                Telephone:  (646) 253-2318
                                Fax:  (646) 253-2301
                                E-mail:  mcollins@bsk.com

88856.1