**EXHIBIT 6**

# Paid Invoice Register

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **CASA** | **Casa Redimix Concrete** | | | | | | | | |
| 26918 | Check | MAIN AC | 3164 | 08-01-2013 | | | | | |
| 27107 | Check | MAIN AC | 3089 | 07-03-2013 | | | | | |
| 27161 | Check | MAIN AC | 3089 | 07-03-2013 | | | | | |
| 27385 | Check | MAIN AC | 3164 | 08-01-2013 | | | | | |
| 27401 | Check | MAIN AC | 3164 | 08-01-2013 | | | | | |
| 27477 | Check | MAIN AC | 3164 | 08-01-2013 | | | | | |
| 27539 | Check | MAIN AC | 3164 | 08-01-2013 | | | | | |
| 27872 | Check | AMEX | 1101717 | 09-23-2013 | | | | | |
| 28077 | Check | AMEX | 1101717 | 09-23-2013 | | | | | |
| 29361 | Check | AMEX | 1102038 | 04-15-2014 | | | | | |
| 29370 | Check | AMEX | 1102268 | 11-03-2014 | | | | | |
| 31171 | Check | AMEX | 1102372 | 01-22-2015 | | | | | |
| 31678 | Check | AMEX | 1102372 | 01-22-2015 | | | | | |
| 31701 | Check | AMEX | 1101717 | 09-23-2013 | | | | | |
| 091113 | Check | AMEX | 1101717 | 09-23-2013 | | | | | |
| | | | | **Vendor Totals** | | .00* | .00* | .00* | .00* |
| **CFSS** | **CFS Steel** | | | | | | | | |
| 98124 | Check | MAIN AC | 3090 | 07-03-2013 | | | | | |
| 98154 | Check | MAIN AC | 3090 | 07-03-2013 | | | | | |
| 98201 | Check | MAIN AC | 3090 | 07-03-2013 | | | | | |
| 98223 | Check | MAIN AC | 3090 | 07-03-2013 | | | | | |
| 98284 | Check | MAIN AC | 3090 | 07-03-2013 | | | | | |
| 98384 | Check | MAIN AC | 3090 | 07-03-2013 | | | | | |
| 98501 | Check | MAIN AC | 3090 | 08-01-2013 | | | | | |
| 99157 | Check | MAIN AC | 3165 | 08-01-2013 | | | | | |
| 091113 | Check | MAIN AC | 3286 | 09-19-2013 | | | | | |
| | | | | **Vendor Totals** | | .00* | .00* | .00* | .00* |
| **TITANS** | **Titan Formwork Systems, LLC** | | | | | | | | |
| 710412107-009 | Check | MAIN AC | 3174 | 08-01-2013 | | | | | |
| 710412107-010 | Check | MAIN AC | 3174 | 08-01-2013 | | | | | |

TSC-GLS0349