# EXHIBIT B



## Casa Redimix Concrete Corp.
(PLANT ADDRESS)
885 EDGEWATER ROAD • BRONX, NEW YORK 10474

TIMES

TIMES SQUARE DEVELOPMENT
355 LEXINGTON AVE

NEW YORK CITY    NY   10017

Date: 10/03/2012

25651

DELIVERY ADDRESS:
155TH & ST.NICHOLAS
PROJECT CODE: SUGARHILL
TYPE: INVOICE
PAGE #: 1

155TH & ST.NICHOLAS

| TICKET | UNITS | DATE | DESCRIPTION | UNIT PRICE | NET TOTAL |
|---|---|---|---|---|---|
| | 315.00 | 10/03/12 | 5000/2S-2100 | 113.50/cy | 35752.50 |
| | 8820.00 | 10/03/12 | VISCOCRE2100 | 0.00/oz | 0.00 |
| | 29.00 | 10/03/12 | FUEL SURCHARGE | 0.00/ea | 0.00 |
| | 147.00 | 10/03/12 | VISCOCRE2100 | 0.15/oz | 22.05 |
| | 5.00 | 10/03/12 | RETURNED CONCRETE | 25.00/ea | 125.00 |

Ticket Number(s) Shipped on this Invoice
    123423

Ticket Number(s) Shipped on this Invoice
    226225, 226226, 226227, 226228, 226229
    226231, 226232, 226233, 226234, 226235
    226236, 226237, 226238, 226239, 226240
    226241, 226242, 226243, 226244, 226245
    226247, 226248, 226249, 226250, 226251
    226252, 226253, 226254

If payment is not made within 30 days, there will be a monthly service charge of 2%, which is 24% per annum, plus cost of collection including reasonable attorney fees if this matter is referred to an attorney for collections.

SUB-TOTAL: 35899.55
TAX TOTAL:
TOTAL:     $35899.55

TG-TSC0125



# Casa Redimix Concrete Corp.
(PLANT ADDRESS)
888 EDGEWATER ROAD • BRONX, NEW YORK 10474

TIMES  
TIMES SQUARE DEVELOPMENT  
355 LEXINGTON AVE  
NEW YORK CITY    NY    10017

Date: 10/22/2012

25801

DELIVERY ADDRESS:  
155TH & ST.NICHOLAS  
PROJECT CODE: SUGARHILL  
TYPE: INVOICE  
PAGE #: 1

155TH & ST.NICHOLAS

| QTY | DATE | DESCRIPTION | UNIT PRICE | NET TOTAL |
|---|---|---|---|---|
| 325.00 | 10/22/12 | 5000/28-2190 | 113.50/CY | 36887.50 |
| 31.00 | 10/22/12 | FUEL SURCHARGE | 0.00/ea | 0.00 |
| 7855.00 | 10/22/12 | VISCOCRE2100 | 0.00/oz | 0.00 |
| 630.00 | 10/22/12 | NON-CHLORIDE 14 | 0.15/oz | 94.50 |

Ticket Number(s) Shipped on this Invoice  
123644, 123657, 123661, 123662, 123663,  
123665, 123666, 123668, 123670, 123672

Ticket Number(s) Shipped on this Invoice  
226613, 226621, 226622, 226623, 226625,  
226627, 226629, 226633, 226634, 226635,  
226636, 226638, 226639, 226641, 226642,  
226643, 226644, 226646, 226648, 226649,  
226652

| Job # | Cat | Cost Code | Amount |
|---|---|---|---|
| 6044 | m | 3304 | 36,982 |

| | | |
|---|---|---|
| Approvals | | Date |
| Received | | 10/7/12 |
| Funding | | 10/7/12 |
| Project Manager | SZ | 10/12/12 |
| Exec Supervisor | | |
| Posted | | |
| Fund Verification | | |
| Keys | | |

If payment is not made within 30 days, there will be a monthly service charge of 2%, which is 24% per annum, plus cost of collection including reasonable attorney fees if this matter is referred to an attorney for collections.

SUB-TOTAL: 36982.00  
TAX TOTAL:  
TOTAL: $36982.00

TG-TSC0129



**Casa Redimix Concrete Corp**
885 EDGEWATER ROAD • BRONX, NEW YORK 10474

TIMES

TIMES SQUARE DEVELOPMENT
355 LEXINGTON AVE

NEW YORK CITY    NY   10017

11/26/2012

INVOICE #: 26056

DELIVERY ADDRESS:
155TH & ST. NICHOLAS
PROJECT CODE: SUGARHILL
TYPE: INVOICE
PAGE #: 1

155TH & ST. NICHOLAS

| TICKET | QTY | DATE | DESCRIPTION | UNIT PRICE | NET TOTAL |
|---|---|---|---|---|---|
|  | 11.00 | 11/26/12 | 5000/28 2100 | 113.50/cy | 1248.50 |
|  | 1.00 | 11/26/12 | FUEL SURCHARGE | 0.00/ea | 0.00 |
|  | 11.00 | 11/26/12 | WINTER | 4.00/ea | 44.00 |

Ticket Number(s) Shipped on this Invoice
327192

If payment is not made within 30 days, there will be a monthly service charge of 2%, which is 24% per annum, plus cost of collection including reasonable attorney fees if this matter is referred to an attorney for collections.

SUB TOTAL: 1292.50
TAX TOTAL:
TOTAL: $1292.50