# KENNEDY, JENNIK & MURRAY, P.C.

ATTORNEYS AT LAW
113 UNIVERSITY PLACE
NEW YORK, NEW YORK 10003
(212) 358-1500
• • •
FACSIMILE (212) 358-0207

THOMAS M. KENNEDY
tkennedy@kjmlabor.com

May 10, 2017

*[handwritten: 5/10/2017 Personally I see no need for a motion of any sort. Discovery was years ago. All pre-trial motions have been denied. I will not allow these documents to be used by Navillus et al ACS unless]*

**VIA ECF**

Honorable Colleen McMahon
U.S. District Court, Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

Re: *Moore, et al. v. Navillus, et al.*, **Case No. 14-CV-8326 (CM)(JLC)**

Dear Judge McMahon:

On April 26, 2017 and May 5, 2017, Defendants Navillus Tile, Inc. and ACS, produced more than 1,800 pages of documents to Plaintiffs, including expert financial evaluations of both Navillus and ACS and other selected financial documents. Defendant Time Square Construction, Inc. has indicated that it will also be producing additional documents to the Plaintiffs but has not yet done so.

Certain of these documents such as the financial statements were previously produced to Plaintiffs in redacted form without revealing any financial information, others have been produced for the first time. We have received the consent of the Defendants to extend the time for Plaintiffs' filing a motion in limine in connection with these documents, if we determine it to be necessary to do so, until one week after Time Square produces the additional documents that it has indicated that it intends to provide. The Plaintiffs are making this proposal to enable the Plaintiffs to make a single omnibus motion with respect to any documents they seek to exclude from this submission instead of burdening the Court with separate motions.

Accordingly, Plaintiffs request an extension of their time to file a motion in limine with respect to the newly produced documents until seven (7) days after the Time Square production is made.

Thank you for your attention to this matter.

*[handwritten stamp: MEMO ENDORSED]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/10/17
C: by ECF to all Counsel

Respectfully submitted,

*[signature]*

Thomas M. Kennedy

*[handwritten: they qualify as "updated" equivalent production — which sounds unlikely. New discovery will not be allowed.]*