**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Terrence Moore, *et al.*, <br><br>           **Plaintiffs,** <br><br>     -against- <br><br> Navillus Tile, Inc., d/b/a Navillus Contracting, *et al.*, <br><br>           **Defendants.** | 14-CV-8326 (CM)(JLC) |
| Thomas Gesualdi, *et al.*, <br><br>           **Plaintiffs,** <br><br>     -against- <br><br> Navillus Tile, Inc., d/b/a Navillus Contracting, *et al.* <br><br>           **Defendants.** | 15-CV-08441 (CM)(JLC) |

<u>**NOTICE OF APPEAL**</u>

Notice is hereby given that defendant Navillus Tile, Inc., d/b/a Navillus Contracting, in the above-named cases appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered on September 22, 2017 and all orders antecedent and ancillary thereto, including the Court's Findings of Fact, Conclusions of Law, and Verdict entered on September 20, 2017.

Dated: September 26, 2017

Respectfully submitted,
JONES DAY

/ s/  Willis J. Goldsmith
Willis J. Goldsmith
Lee A. Armstrong
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
wgoldsmith@jonesday.com
laarmstrong@jonesday.com
*Attorneys for Navillus Defendants*