PHILIP H. KALBAN
**PUTNEY, TWOMBLY, HALL & HIRSON LLP**
*Attorneys for Defendants Time Square Construction, Inc.,*
*HDK Construction, LLC, and Kevin O'Sullivan*
521 Fifth Avenue
New York, New York 10175
Tel: (212) 682-0020
Fax: (212) 682-9380
pkalban@putneylaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TERRENCE MOORE, et al.,<br><br>Plaintiffs,<br><br>- against -<br><br>NAVILLUS TILE, INC., et al.,<br><br>Defendants. | 1:14-cv-08326 (CM)(JLC) |
| THOMAS GESUALDI, et al.,<br><br>Plaintiffs,<br><br>- against -<br><br>NAVILLUS TILE, INC., et al.,<br><br>Defendants. | 1:15-cv-08441 (CM)(JLC) |

**NOTICE OF APPEAL**

TO:   Clerk, U.S. District Court, S.D.N.Y.
        All Counsel of Record via ECF

Notice is hereby given that Time Square Construction, Inc. and HDK Construction, LLC, defendants in the above-named cases, and each of them appeal to the United States Court of Appeals for the Second Circuit from so much of the Judgment herein, entered on September 22, 2017, that held Time Square Construction, Inc. and/or HDK Construction, LLC liable to the plaintiffs or any of them for amounts set forth in said Judgment, and from all orders, verdicts and

decisions antecedent, ancillary or related thereto made in the above-named cases, including, but not limited to, the Court's Findings of Fact, Conclusions of Law and Verdict, dated and entered on September 20, 2017, to the extent the Court found said defendants were alter egos of Navillus Tile, Inc., were liable to plaintiffs or any of them, and/or awarded damages against Time Square Construction, Inc. and/or HDK Construction, LLC.

Dated: New York, New York
       October 3, 2017

                                      PUTNEY, TWOMBLY, HALL & HIRSON LLP
                                      *Attorneys for Time Square Construction, Inc.,*
                                      *and HDK Construction, LLC*

By _____
        Philip H. Kalban (PK7271)