S.D.N.Y.-N.Y.C.
14-cv-8326
McMahon, C.J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of November, two thousand seventeen.

Present:
> Gerard E. Lynch,
> Susan L. Carney,
> > *Circuit Judges*,
> Alvin K. Hellerstein,*
> > *District Judge.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov. 03, 2017

Terrence Moore, as Trustees of the Metal Lathers Local 46 Pension Fund, et al.,

> *Plaintiffs-Appellees*,

v.

Navillus Tile Inc., DBA Navillus Contracting, et al.,

> *Defendants-Appellants*.

ORDER

17-2985 (L);
17-3028 (Con);
17-3182 (Con);
17-3289 (XAP);
17-3451 (XAP)

Appellants Navillus Tile, Inc., and Advanced Construction Solutions, LLC, move for a second time to stay execution of the district court's judgment. Upon due consideration, it is hereby ORDERED that the motions are DENIED. *See In re Nassau County Strip Search Cases*, 783 F.3d 414, 417-18 (2d Cir. 2015).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk

* Judge Alvin K. Hellerstein, of the United States District Court for the Southern District of New York, sitting by designation.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/03/2017