## PUTNEY, TWOMBLY, HALL & HIRSON LLP

DANIEL F. MURPHY, JR.
THOMAS A. MARTIN
WILLIAM M POLLAK
JAMES E. McGRATH III
CHRISTOPHER M. HOULIHAN
STEPHEN J. MACRI
MARY ELLEN DONNELLY
JOSEPH B CARTAFALSA
GEOFFREY H WARD
E PARKER NEAVE
MARK A. HERNANDEZ
PHILIP H KALBAN
JEROME P COLEMAN
BARBARA M MAISTO
CARYN B KEPPLER
ROBERT M. TUCKER

ESTABLISHED 1866

COUNSELORS AT LAW

521 FIFTH AVENUE

NEW YORK, NEW YORK 10175

(212) 682-0020

TELEFAX: (212) 682-9380

PUTNEYLAW.COM

328 NEWMAN SPRINGS ROAD
RED BANK, NEW JERSEY 07701
(732) 379-6020
TELEFAX: (732) 345-9444

1225 FRANKLIN AVENUE, SUITE 200
GARDEN CITY NY 11530
(516) 746-0070
TELEFAX: (516) 746-0599

2000 GLADES ROAD
SUITE 300
BOCA RATON FLORIDA 33431
(800) 935-6480
TELEFAX: (561) 613-4100

COUNSEL
CHARLES J GROPPE
ALEXANDER NEAVE
THOMAS M. LAMBERTI
HARVEY I. SCHNEIDER
ANDREA HYDE

January 8, 2018

MEMO ENDORSED
1/24/18
REMOVE
HIS
NAME
THIS
IS

**Via ECF and FedEx**

Hon. Colleen McMahon
Chief Judge, United States District Court
for the Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

> **Re:** Moore, et al. v. Navillus Tile Inc. et al.,
> 14-CIV-8326 (CM) (JLC)

Dear Chief Judge McMahon:

As you know, we represent three of the defendants in the above-caption action.

There is a mistake in the docket, entry no. 57, where an attorney named Kalvin Kamien of Greenberg Trager & Herbst LLP has apparently listed himself as a defendant. See enclosures. As we all know, there was no such defendant in the action, but in order to remove his name from the Second Circuit caption, the docket sheet has to be amended, and the Southern District Clerk's Office requires a notification from Your Honor in order to make that change.

AS PRIOR

Accordingly, we respectfully request that Your Honor notify the Clerk's Office that "Kamien Kalvin" is not a defendant in the action and his name may be removed.

Thank you for your assistance on this matter.

Respectfully,

Philip H. Kalban

Enclosure

cc via ECF: All counsel of record in the *Moore* and *Gesualdi* cases

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/18