**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

1:14-cv-08326-CM-JLC

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of August, two thousand and eighteen.

_____

Terrence Moore, et al.,

    Plaintiffs-Appellees-Cross-Appellants,

Paul O'Brien, et al.,

    Plaintiffs-Appellees,

v.

Navillus Tile Inc., DBA Navillus Contracting, Advanced Contracting Solutions LLC, DBA ACS-NY LLC, Time Square Construction, Inc., HDK Construction, LLC,

    Defendants-Appellants-Cross-Appellees,

Donal O'Sullivan,

    Defendant-Cross-Appellee.
_____

**ORDER**

Docket Nos. 17-2985(L),
17-3028(Con), 17-3182(Con),
17-3289(XAP), 17-3451(XAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 22 2018

    Appellant-Cross-Appellee Navillus Tile, Inc. moves for dismissal of the above-captioned consolidated appeals and cross-appeals and for remand to the district court for the purpose of entering an order vacating the district court's final order so as to effectuate the settlement agreement reached by the parties. All parties consent to the motion.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/22/2018